NO OPINION

: O14 16

ISSUED